1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEONEL ERNESTO VILLASENOR,

　　　　　Petitioner

　　　v.

RANDY L. TEWS,

　　　　　Respondent.

Case No. CV 16-5340-SJO (GJS)

JUDGMENT

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  October 5, 2016.

_____

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE